In the Matter of the Will of WILLIAM McGOWAN, Deceased.

WILLIAM McGOWAN, Appellant; *v.* MARY ROGERS et al., Individually and as Executors et al., Respondents.

(Argued May 5, 1930; decided June 3, 1930.)

*David Joyce* for appellant.
*Edward J. Flanagan* for executors, respondents.
*W. Harry Sefton* for Mary Rogers et al., respondents.
*John H. Schmid* for James McGowan.

Order affirmed, with separate bills of costs to the respondents appearing and filing briefs in this court payable out of the estate; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.